cc: Fiscal Section

# JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, ) | CASE NO.: EDCV08-1568 SGL (OPx) |
| Plaintiff-in-Interpleader, ) | Hon. Stephen G. Larson |
| vs. ) | **ORDER RE:** |
| ESTATE OF STANLEY R. ) | **1. DISCHARGE AND DISMISSAL OF ACTION WITH PREJUDICE AS AGAINST PROVIDENT LIFE;** |
| JAKUBOWICZ, ESTATE OF ) | |
| BEVERLY LORRAINE ) | |
| JAKUBOWICZ, BONNIE ) | **2. AWARD OF ATTORNEYS' FEES TO PROVIDENT LIFE TO BE PAID OUT OF FUNDS ON DEPOSIT WITH THE COURT; AND** |
| GAGLIANO, PEGGY MEEK, ) | |
| DEBORAH FOX, STANLEY JOHN ) | |
| JAKUBOWICZ, AND DOES 1 TO 10, ) | |
| Defendants-in-Interpleader. ) | **3. PERMANENT INJUNCTION.** |
| _____ ) | Complaint Filed: November 5, 2008 |
| BONNIE GAGLIANO, PEGGY ) | |
| MEEK, DEBORAH FOX, STANLEY ) | |
| JOHN JAKUBOWICZ, ) | |
| Cross-Complainants, ) | |
| vs. ) | |
| PROVIDENT LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, AND ) | |
| DOES 1 TO 10, ) | |
| Cross-Defendants. ) | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

o:\ecf ready\08-01568 jakubowicz  proposed order discharge and dismissal.doc

## ORDER

Having considered the stipulation of the parties, and good cause appearing therefor, it is hereby order as follows:

1.      Plaintiff-in-Interpleader and Counter-Defendant/Cross-Defendant Provident Life & Accident Insurance Company ("Provident Life"), its parent companies, subsidiaries, affiliates, principals, agents, assignees, employees, representatives, insurers, and attorneys, are hereby discharged from any and all liability to Defendants-in Interpleader Bonnie Gagliano, Peggy Meek, Deborah Fox, Stanley John Jakubowicz, The Estate of Stanley R. Jakubowicz, and The Estate of Beverly Lorraine Jakubowicz, with respect to policy number Y3619568 and all funds deposited with the Court in connection with Provident Life's Complaint-in-Interpleader filed with this Court on November 5, 2008 (the "Interpleader Action").

2.      Provident Life is dismissed from the Interpleader Action with prejudice.

3.      The Counter-Claim/Cross-Complaint filed by Bonnie Gagliano, Peggy Meek, Deborah Fox, and Stanley John Jakubowicz against Provident Life on or about January 23, 2009 is dismissed with prejudice.

4.      Defendants-in Interpleader Bonnie Gagliano, Peggy Meek, Deborah Fox, Stanley John Jakubowicz, The Estate of Stanley R. Jakubowicz, and The Estate of Beverly Lorraine Jakubowicz, and each of them, is permanently enjoined from asserting any future claims or proceedings of any type against Provident Life, its parent companies, subsidiaries, affiliates, principals, agents, assignees, employees, representatives, insurers and attorneys relating to:

A.      Provident Life term life insurance policy no. Y3619568 issued to Stanley R. Jakubowicz on or about October 15, 1996;

B.      The funds deposited with the Court in connection with the Interpleader Action;

C. How and to whom the funds on deposit with the Court in connection with the Interpleader Action should be paid; and,

D. Probate actions filed in the Superior Court of California, County of Riverside under case numbers 095103 and 095104.

4. Provident Life shall recover the sum of $25,000.00 representing a portion of the attorneys' fees it incurred in connection with the Interpleader Action, which shall be paid forthwith by the Clerk of the Court out of the funds currently on deposit with the Court.

6. Except as otherwise specified above, all parties shall bear their own fees and costs arising out, relating to or associated with the Interpleader Action and any other matters referenced herein..

**IT IS SO ORDERED.**

Dated  June 26, 2009

_____
Honorable Stephen G. Larson
United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800