cc: Fiscal Section

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01568-SGL(OPx)                                   Date:  August 11, 2009

Title:    PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY -v- ESTATE OF STANLEY R. JAKUBOWICZ, ET AL.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

             Cindy Sasse                                    None Present
             Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                None present

**PROCEEDINGS:**     **ORDER AUTHORIZING DISBURSEMENT OF REMAINING FUNDS**

   On January 12, 2009, the Court granted leave to plaintiff-in-interpleader Provident Life and Accident Insurance Company to deposit life insurance proceeds (plus interest), totaling $254,460.98.  Thereafter, Provident deposited those funds with the Court.  On June 26, 2009, the Court ordered Provident dismissed from the action with prejudice.  Concurrently, the Court authorized the only payment from those funds, $25,000 in attorney fees (pursuant to the terms of the relevant life insurance policy), and ordered the Clerk of Court to disburse those funds to Provident.  The balance of the funds on account with the Court therefore totals $229,460.98.

   The Court has received and reviewed the Notice of Approval of Compromise filed by the defendants, along with the minute order from the Riverside County Probate Court dated July 30, 2009, attached thereto.  In consideration thereof, and in accordance with the expressed agreement of the four defendants, the Court **ORDERS** that the remaining funds be disbursed in four equal shares, as set forth below, and that the checks be sent to the addresses set forth below.

| Payee | Amount | Address |
|---|---|---|
| Deborah Fox | $57,365.24 | 207 La Costa Court<br>Costa Mesa, CA 92827 |
| Bonnie Gagliano | $57,365.24 | 20727 N. 58th Dr.<br>Glendale, AZ 85308 |
| Peggy Meek | $57,365.24 | 19827 N. 48th Lane<br>Glendale, AZ 85308 |
| Stanley John Jakubowicz | $57,365.24 | c/o Peggy Meek<br>Special Administrator<br>19827 N. 48th Lane<br>Glendale, AZ 85308 |

**IT IS SO ORDERED.**